# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2008

137165

ESTATE OF BONIFACE NOWAK, by its
Co-Personal Representatives, MICHAEL
NOWAK and MARIE ANN NOWAK,
         Plaintiffs-Appellees,

v

BAY COUNTY,
         Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137165
COA: 279076
Bay CC: 06-003601-NO

      On order of the Court, the application for leave to appeal the July 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

                                  Clerk